Lindsay M. Schafer; AZ Bar No. 028845
lschafer@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ  85016
Telephone:   602.474.3600
Facsimile:    602.957.1801

Danielle K. Herring; TX Bar No. 24041281 (*pro hac vice application forthcoming*)
dherring@littler.com
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, TX 77010-3031
Telephone:   713.652.4735
Facsimile:    713.951.9212

Rachel M. Enoch; MI Bar No. P76473(*pro hac vice application forthcoming*)
renoch@littler.com
LITTLER MENDELSON, PLC
200 Renaissance Center, Suite 3110
Detroit, MI 48243-13001
Telephone:   313.202.3257
Facsimile:    313.447.2348

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles Bukowski,<br><br>    Plaintiff,<br><br>v.<br><br>UnitedHealth Group, a foreign corporation; UnitedHealth Group Short Term Disability Plan; and Sedgwick Claim Management Services, Inc.,<br><br>    Defendants. | Case No.<br><br>**NOTICE OF REMOVAL (FEDERAL QUESTION)** |

**To:   The Clerk of the Court, Plaintiff Charles Bukowski, and Plaintiff's attorneys of record:**

PLEASE TAKE NOTICE that Defendants hereby remove this action from the Superior Court of Arizona in and for the County of Maricopa (the "Superior Court") to this

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

Court based on federal question jurisdiction under 28 U.S.C. §1331 and removal jurisdiction under 28 U.S.C. §1441(a). In support of its removal, Defendants allege as follows:

1. On March 30, 2016, Plaintiff Charles Bukowski commenced a civil action in the Superior Court against Defendants entitled "*Charles Bukowski v. UnitedHealth Group, et al.*," No. CV2016-091879 (the "Action"). A true copy of Plaintiff's complaint in the Action (the "Complaint") is attached to this Notice of Removal as **Exhibit A**. The allegations of the Complaint are incorporated by reference without admitting the truth of any of them.

2. On April 12, 2016, Plaintiff effected service of process on Defendants UnitedHealth Group Incorporated ("UHG") and UnitedHealth Group Short-Term Disability Plan ("UHG Plan") by personal service on Defendants UHG and UHG Plan's agent for service of process, CT Corporation System in Minnesota. True copies of all papers that Defendants UHG and UHG Plan received from Plaintiff in this Action in addition to the Complaint are attached to this notice as **Exhibit B**.

3. As of the date of this filing, Plaintiff has not effected service of process on Defendant Sedgwick Claim Management Services, Inc. ("Sedgwick").

4. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders related to the Action are attached hereto and incorporated herein by reference. *See* **Exhibits A-B**.

5. This Notice of Removal is effected properly and timely pursuant to 28 U.S.C. §1446(b)(1), as it is filed within 30 days after Defendants were served with the Summons and the Complaint in the Action.

6. Notice of this removal will be given properly to both Plaintiff and the Superior Court pursuant to 28 U.S.C. §1446(d). See Notice of Removal to State Court attached to this notice as **Exhibit C** and Notice of Removal to Adverse Party attached to this notice as **Exhibit D**.

7. Venue of this Action exists in this District pursuant to 28 U.S.C. §1441(a) because the Superior Court is located within the District.

8. This is a civil action over which this Court has original jurisdiction pursuant to

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

-2-

28 U.S.C. §1331 and is one which Defendants may remove to this Court pursuant to 28 U.S.C. §1441(a) and (c) based upon federal question jurisdiction. Federal question jurisdiction exists in a civil matter when the action "aris[es] under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

9. Federal question jurisdiction has been invoked in this case. In his Complaint, Plaintiff alleges a claim for benefits under Defendant UHG's disability benefit plan, which is governed by the federal Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001, *et seq*.

10. Following exhaustion of all administrative remedies, a plan participant or beneficiary seeking judicial review of a benefit determination or alleged ERISA violation may bring suit in the district court of the United States for the district in which he resides or where the events giving rise to the claim allegedly occurred. 29 U.S.C. § 1132(e). Additionally, the district courts of the United States have exclusive jurisdiction over civil actions brought by a plan participant or beneficiary to enforce other rights arising under ERISA. 29 U.S.C. § 1132(e).

11. In Count III of Plaintiff's Complaint, Plaintiff claims that Plaintiff is entitled to benefits pursuant to ERISA, if the Plan is found to be an ERISA plan. *See* **Exhibit A**, ¶ 60-69. Plaintiff seeks short-term disability benefits pursuant to an ERISA plan, and thus, seeks remedies provided by ERISA. Accordingly, his claims are governed by ERISA, a federal statute. Therefore, Plaintiff's claims against Defendants involve a federal question, over which the federal courts have exclusive jurisdiction. 29 U.S.C. § 1132(e)(1).

12. ERISA sets forth that "[t]he district courts of the United States shall have jurisdiction, without respect to the amount in controversy or the citizenship of the parties, to grant the relief provided for in [29 U.S.C. § 1132(a)] in any action." 29 U.S.C. § 1132(f).

Based on the foregoing, this Action is properly removed to this Court.

DATED this 12th day of May, 2016.

*s/ Lindsay M. Schafer*
Lindsay M. Schafer
lschafer@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ  85016
Telephone:    602.474.3600
Facsimile:    602.957.1801

Danielle K. Herring
dherring@littler.com
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, TX 77010-3031
Telephone:    713.652.4735
Facsimile:    713.951.9212

Rachel M. Enoch
renoch@littler.com
LITTLER MENDELSON, PLC
200 Renaissance Center, Suite 3110
Detroit, MI 48243-13001
Telephone:    313.202.3257
Facsimile:    313.447.2348
**Attorneys for Defendants**

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 12th day of May, 2016:

Lisa Counters
The Counters Firm, P.C.
7303 W. Boston Street
Chandler, AZ 85226

Alan M. Schiffman
Schiffman Puig, P.C.
4506 N. 12th Street
Phoenix, AZ 85014
Attorneys for Plaintiff

*s/ Ashleigh Machrol*

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600