# Exhibit A

1

2
   Lisa Counters, 016436
   THE COUNTERS FIRM, P.C.
   7303 West Boston Street
3
   Chandler, AZ 85226
   (602) 490-0030 (Voice)
4
   (888) 683-8397 (Fax)
   Lisa@countersfirm.com

5

6
   Alan M. Schiffman, 004257
   SCHIFFMAN PUIG, P.C.
7
   4506 North 12th Street
   Phoenix, Arizona  85014
8
   Phone: (602) 266-2667
   Fax #:  602-266-0141
9
   Alan@splaw.net

10

11

12

13
IN THE SUPERIOR COURT OF ARIZONA

COUNTY OF MARICOPA     CV 2016-091879

14
Charles Bukowski,

15
                    Plaintiff,

16
vs.

UnitedHealth Group, a foreign
17
corporation; UnitedHealth Group Short
Term Disability Plan, and Sedgwick Claim
18
Management Services, Inc.,

19
                    Defendants.

No.

**COMPLAINT**

(Breach of Contract)

20
    For his claim against Defendants, Charles Bukowski ("Bukowski") alleges as
21
follows:

22
                        **JURISDICTION AND VENUE**

23
    1.    Bukowski is a resident of Maricopa County, Arizona.

24
    2.    Defendant UnitedHealth Group ("UHG") is a foreign corporation, with its
25
principal place of business in Minneapolis, Minnesota.

26
    3.    On information and belief, the UHG Short-Term Disability Plan ("Plan") is a
27
payroll practice, not an ERISA benefit plan.

28

4.     The Plan includes short-term disability benefits ("STD").  UHG is the Plan Administrator.

5.     The Plan's STD benefits are paid for by UHG.

6.     UHG self-funds the STD benefits of its Plan.

7.     On information and belief, UHG funds the Plan out of its general assets.

8.     On information and belief, Sedgwick Claim Management Services ("Sedgwick") is contracted with UHG to administer and handle STD claims for UHG. Sedgwick is a foreign corporation with its principal place of business in Memphis, Tennessee and is authorized to do business in Arizona.

9.     This Court has jurisdiction over the subject matter of this action under 28 U.S.C. § 1332.

10.     If the Plan is an ERISA plan, this Court has jurisdiction over the subject matter under 29 U.S.C. § 1132(a), (e), 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 2201-02 (declaratory judgments).

11.     If the Plan is determined to be an ERISA plan, the Plan, UHG, and Sedgwick reside and is found within this District within the meaning of the jurisdiction and venue provisions of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1132 and 28 U.S.C. § 1391.

12.     The Plan, UHG, and Sedgwick, have caused events to occur in Arizona out of which Bukowski's claims arise.

13.     If the Plan is governed by ERISA, UHG and Sedgwick are fiduciaries under ERISA.

14.     If the Plan is governed by ERISA, UHG is the Plan Administrator.

## GENERAL ALLEGATIONS

15.     UHG provided employees with STD benefits pursuant to the Plan.

16.     Under the terms of the STD benefit, Bukowski is entitled to benefits if, due to physical disease, injury, pregnancy or mental disorder he is unable to perform with

THE COUNTERS FIRM, P. C.
7303 W. BOSTON STREET
CHANDLER, AZ 35226 • (602) 490-0020

-2-

reasonable continuity the material duties of his own occupation at UHG and would suffer a loss of at least 40% of his predisability earnings when working in any occupation.

17.     The Plan further states that own occupation need not be with UHG but could be for the employee's regular occupation with the same material duties for any employer.

18.     The Plan requires that Bukowski be under the ongoing care of a physician in order to be qualified to receive STD benefits.

19.     At all relevant times, Bukowski was a UHG employee, became a covered individual under the Plan, and remained continuously employed.  Bukowski's job title was an Application Development Consultant and Manager at UHG's Phoenix, Arizona office.

20.     The material and substantial duties of Bukowski's occupation that he was remains unable to perform, include, but are not limited to:

- Ability to work a regular, 40-hour work week;
- Ability to concentrate and focus on challenging tasks;
- Conduct meetings to direct activities and provide insight and problem resolution for both technical and business related issues;
- Oversee the day to day operations of the IT Department.

21.     Bukowski suffers from Autoimmune Autonomic Ganglionopathy (AAG), Mast Cell Activation Disorder (MCAD), Anaphylaxis, Comorbid Neurocardiogenic Syncope, Hypotension and Diaphoresis with chronic fatigue, confusion, loss of consciousness, lightheadedness and fecal incontinence.

22.     On March 28, 2014, on his physician's advice, Bukowski ceased working in his own occupation due to the severity of his condition.

23.     Sedgwick and UHG approved Mr. Bukowski STD benefits from March 31, 2013 to April 26, 2014.

24.     On, April 21, 2014, Bukowski started Intravenous Immunoglobulin (IVIG) Treatment.

25.     Bukowski remained disabled from performing the duties of his regular and customary occupation for the duration of the STD Plan benefit.

-3-

THE COUNTERS FIRM, P.C.
7150 W. BOSTON STREET
CHANDLER, AZ 85226 • (602) 490-0020

26.     Collectively, his physical issues rendered his unable to perform the material and substantial duties of his occupation for the period of time from March 28, 2014 through September 26, 2014.

27.     The Plan pays short-term disability benefits beginning five days after a continuous illness for a period of 180 days.

28.     Bukowski is entitled to 80% of his predisability earnings per month in short-term disability benefits from March 28, 2014 through September 26, 2014 under the terms of the Plan and Policy.

29.     Bukowski also had Paid Time Off (PTO) hours available which could be applied to his benefits. This would make him eligible for 100% of his predisability earnings per month in STD benefits from March 28, 2014 through September 26, 2014 under the terms of the Plan and Policy.  If Bukowski is entitled to 100% of his predisability earnings for the remaining five months of short-term disability benefits, he would be owed $40,416.67.

30.     At the time of Bukowski's disability, he was earning in excess of $97,000 annually.  Bukowski's STD benefits would be at least $6,466.67 per month for the five months of unpaid disability benefits in the amount of $32,333.35.

31.     Sedgwick initially denied Bukowski's claim on June 19, 2014. Bukowski submitted additional records and statements from his primary treating physician and counselors in support of his STD claim.

32.     Sedgwick issued its final denial of Bukowski's claim by letter dated June 19, 2015.

33.     Thereafter, Bukowski applied for and is receiving Long Term Disability ("LTD") benefits from the Standard Insurance Company.

34.     Bukowski provided proof of his disability of Autoimmune Autonomic Ganglionopathy (AAG), Mast Cell Activation Disorder (MCAD), Anaphylaxis, Comorbid Neurocardiogenic Syncope and Hypotension.  In addition, Bukowski provided proof of the impact his medical conditions have on his cognitive functioning.

THE COUNTERS FIRM, P.C.
7201 W. BOSTON STREET
CHANDLER, AZ 85226 ◆ (602) 490-0020

-4-

35.     Bukowski provided Sedgwick with completed claim forms signed by his primary physician as well as psychological treatment records and counseling records in support of his claim.

36.     Sedgwick initially denied Bukowski's claim on June 19, 2014.

37.     Bukowski timely appealed Sedgwick's decision on December 16, 2014, at which time he submitted additional records and statements from his doctor and counselors.

38.     Sedgwick denied Bukowski's appeal on June 19, 2015.

39.     Bukowski continues to be totally disabled as defined by the Plan.

40.     Bukowski has been certified disabled by UHG's long-term disability carrier, Standard Insurance, and continues to receive monthly benefits for his disability.

## COUNT I
## BREACH OF CONTRACT
## UHG/SEDGWICK

41.     Bukowski incorporates and realleges all previous allegations.

42.     UHG had a contractual obligation to pay STD benefits to Bukowski.

43.     UHG relied on Sedgwick to perform its contractual obligations under the STD benefits.

44.     Sedgwick and UHG unreasonably denied Bukowski his STD benefits.

45.     Bukowski was disabled from his own occupation.

46.     UHG's denial was a breach of the contract.

47.     UHG owes Bukowski at least $32,333.35 and may be liable for $40,416.67, if Bukowski is entitled to 100% of his predisability earnings for the remaining five months of short term eligibility.

48.     This matter arises out of contract; therefore, Bukowski may recover his attorneys' fees and costs under A.R.S. § 12-341.01.

49.     Bukowski is entitled to prejudgment interest at the highest legal rate on the benefits to which he is entitled under A.R.S. § 20-462.

50.     Bukowski is entitled to a jury trial on this claim.

THE COUNTERS FIRM, P.C.
7201 W. BOSTON STREET
CHANDLER, AZ 85226 • (602) 490-0050

THE COUNTERS FIRM, P.C.
7201 W. BOSTON STREET
CHANDLER, AZ 85226 • (602) 490-0010

COUNT II
UNPAID WAGES UNDER A.R.S. § 23-355
(UHG)

51.     Bukowski incorporates and realleges all previous allegations.

52.     UHG is an employer under Arizona law and is subject to the wage laws of the State of Arizona.

53.     Bukowski was employed by UHG as that term is defined under Arizona law.

54.     The STD program is a payroll practice, not an ERISA benefit plan.

55.     UHG failed to pay wages due to Bukowski in violation of Arizona law of at least $32,333.35 and $40,416.67 if Bukowski is entitled to 100% of his predisability earnings for his short term disability benefits.

56.     UHG intentionally, willfully, and unreasonably denied Bukowski' STD payments.

57.     Bukowski suffered damages because of UHG's failure to pay his STD benefits.

58.     Bukowski is entitled to treble damages for his improperly withheld STD payments under A.R.S. § 23-355.

59.     Bukowski is entitled to a jury trial on this claim.

COUNT III

RECOVERY OF INSURANCE AND PLAN BENEFITS 29 USC § 1132

60.     Bukowski incorporates and realleges all previous allegations.

61.     This Count is alleged in the alternative to Counts I & II, in the event the Plan is governed by ERISA.

62.     The Summary Plan Description Plan contains some language purporting to grant UHG discretion and to give UHG the ability to delegate discretion to others; however, on information and belief, the purported delegation is invalid and Bukowski is entitled to de novo review.

63.   Bukowski became disabled on March 31, 2014 and remained unable to perform the duties of his regular occupation and is unable returned to work.

64.   Despite the coverage of Bukowski's short-term disability, Sedgwick denied STD benefits in breach of the Plan.  This breach was arbitrary, capricious, an abuse of discretion, not supported by substantial evidence and was clearly erroneous.

65.   UHG's arrangement with Sedgwick causes the Plan to operate under a conflict of interest.

66.   Bukowski has satisfied all of the jurisdictional prerequisites to filing a claim in federal court.

67.   Pursuant to the coverage provided in the Plan, to ERISA 29 U.S.C. § 1132(a)(1)(B), and to applicable federal and state common law, Bukowski is entitled to recover all benefits due under the terms of the Plan, and to enforce his rights under the terms of the Plan.

68.   Pursuant to 29 U.S.C. § 1132(g), Bukowski is entitled to recover his attorneys' fees and costs incurred herein from UHG and the Plan.

69.   Bukowski is entitled to prejudgment interest at the highest legal rate on the benefits to which he is entitled pursuant to A.R.S. § 20-462.

WHEREFORE, Bukowski prays for entry of judgment against Defendants as follows:

A.   For all past benefits due Bukowski under the terms of the Plan;

B.   For an award of Bukowski's attorneys' fees and costs incurred herein;

C.   For an award of prejudgment interest on benefits and damages at the highest legal rate until paid; and

D.   For such other and further relief as the Court deems just and reasonable.

THE COUNTERS FIRM, P.C.
7301 W BOSTON STREET
CHANDLER, AZ 85226 • (602) 490-0510

-7-

Dated this 28th day of March 2016.

SCHIFFMAN PUIG, P.C.
THE COUNTERS FIRM, P.C

By: _____

Lisa J. Counters
Alan Schiffman

# Exhibit B



Name of Person Filing:  Lisa Counters
Your Address:  7303 W. Boston Street
Your City, State, Zip Code:  Chandler, AZ 85226
Your Telephone Number:  602-490-0030
Attorney Bar Number (if applicable):  016436
Representing ☐ Self (Without an Attorney) or ☒ Plaintiff or ☐ Defendant

## SUPERIOR COURT OF ARIZONA
## MARICOPA COUNTY CV 2016-091879

Charles Bukowski

Name of Plaintiff

Case No.:_____

United HealthGroup United HealthGroup Short Term
Disability Plan, and Sedgwick Claim Management Services,

Name of Defendant

## SUMMONS

WARNING: This is an official document from the court that affects your rights.  Read this carefully.
If you do not understand it, contact a lawyer for help.

FROM THE STATE OF ARIZONA TO__United Health Group Short Term Disability Plan__
                                          Name of Defendant

1.    A lawsuit has been filed against you.  A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2.    If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint.  To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 or the Office of the Clerk of the Superior Court, 222 East Javelina Drive, Mesa, Arizona 85210-6201 or Office of the Clerk of Superior Court, 14264 W. Tierra Buena Lane, Surprise, Arizona 85374.  Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3.    If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served.  If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.    You can get a copy of the court papers filed in this case from the Plaintiff/Attorney listed at the address at the top of this paper, or from the Clerk of the Superior Court's Customer Service Center at 601 W. Jackson, Phoenix, Arizona 85003 or at 222 E. Javelina Drive, Mesa, Arizona 85210.

5.   Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least five (5) days before your scheduled court date.

SIGNED AND SEALED this date

MAR 3 0 2016

MICHAEL K. JEANES, CLERK OF COURT

Deputy Clerk

By_____
        Deputy Clerk



J. Fierro
Deputy Clerk

Form #210  LRD 03/23/2004  ALL RIGHTS RESERVED
© Clerk of Superior Court of Arizona in Maricopa County

1   Lisa Counters, 016436
    THE COUNTERS FIRM, P.C.
2   7303 West Boston Street
    Chandler, AZ 85226
3   (602) 490-0030 (Voice)
    (888) 683-8397 (Fax)
4   Lisa@countersfirm.com

5   Alan M. Schiffman, 004257
    SCHIFFMAN PUIG, P.C.
6   4506 North 12th Street
7   Phoenix, Arizona  85014
    Phone: (602) 266-2667
8   Fax #: 602-266-0141
    Alan@splaw.net

9

10

11          IN THE SUPERIOR COURT OF ARIZONA

12            COUNTY OF MARICOPA

13

CV 2016-091879

14   Charles Bukowski,

15                 Plaintiff,        No.

16   vs.                      COMPLAINT

17   UnitedHealth Group, a foreign      (Breach of Contract)
    corporation; UnitedHealth Group Short
18   Term Disability Plan, and Sedgwick Claim
    Management Services, Inc.,

19                Defendants.

20       For his claim against Defendants, Charles Bukowski ("Bukowski") alleges as

21   follows:

22                **JURISDICTION AND VENUE**

23       1.    Bukowski is a resident of Maricopa County, Arizona.

24       2.    Defendant UnitedHealth Group ("UHG") is a foreign corporation, with its

25   principal place of business in Minneapolis, Minnesota.

26       3.    On information and belief, the UHG Short-Term Disability Plan ("Plan") is a

27   payroll practice, not an ERISA benefit plan.

28

COPY

MAR 8 9 2016
MICHAEL K. JEANES, CLERK
J. RETRO
DEPUTY CLERK

4.      The Plan includes short-term disability benefits ("STD").  UHG is the Plan Administrator.

5.      The Plan's STD benefits are paid for by UHG.

6.      UHG self-funds the STD benefits of its Plan.

7.      On information and belief, UHG funds the Plan out of its general assets.

8.      On information and belief, Sedgwick Claim Management Services ("Sedgwick") is contracted with UHG to administer and handle STD claims for UHG. Sedgwick is a foreign corporation with its principal place of business in Memphis, Tennessee and is authorized to do business in Arizona.

9.      This Court has jurisdiction over the subject matter of this action under 28 U.S.C. § 1332.

10.     If the Plan is an ERISA plan, this Court has jurisdiction over the subject matter under 29 U.S.C. § 1132(a), (e), 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 2201-02 (declaratory judgments).

11.     If the Plan is determined to be an ERISA plan, the Plan, UHG, and Sedgwick reside and is found within this District within the meaning of the jurisdiction and venue provisions of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1132 and 28 U.S.C. § 1391.

12.     The Plan, UHG, and Sedgwick, have caused events to occur in Arizona out of which Bukowski's claims arise.

13.     If the Plan is governed by ERISA, UHG and Sedgwick are fiduciaries under ERISA.

14.     If the Plan is governed by ERISA, UHG is the Plan Administrator.

## GENERAL ALLEGATIONS

15.     UHG provided employees with STD benefits pursuant to the Plan.

16.     Under the terms of the STD benefit, Bukowski is entitled to benefits if, due to physical disease, injury, pregnancy or mental disorder he is unable to perform with

THE COUNTERS FIRM, P. C.
7303 W. BOSTON STREET
CHANDLER, AZ 85226 • (602) 490-0020

reasonable continuity the material duties of his own occupation at UHG and would suffer a loss of at least 40% of his predisability earnings when working in any occupation.

17.     The Plan further states that own occupation need not be with UHG but could be for the employee's regular occupation with the same material duties for any employer.

18.     The Plan requires that Bukowski be under the ongoing care of a physician in order to be qualified to receive STD benefits.

19.     At all relevant times, Bukowski was a UHG employee, became a covered individual under the Plan, and remained continuously employed.  Bukowski's job title was an Application Development Consultant and Manager at UHG's Phoenix, Arizona office.

20.     The material and substantial duties of Bukowski's occupation that he was remains unable to perform, include, but are not limited to:

- Ability to work a regular, 40-hour work week;
- Ability to concentrate and focus on challenging tasks;
- Conduct meetings to direct activities and provide insight and problem resolution for both technical and business related issues;
- Oversee the day to day operations of the IT Department.

21.     Bukowski suffers from Autoimmune Autonomic Ganglionopathy (AAG), Mast Cell Activation Disorder (MCAD), Anaphylaxis, Comorbid Neurocardiogenic Syncope, Hypotension and Diaphoresis with chronic fatigue, confusion, loss of consciousness, lightheadedness and fecal incontinence.

22.     On March 28, 2014, on his physician's advice, Bukowski ceased working in his own occupation due to the severity of his condition.

23.     Sedgwick and UHG approved Mr. Bukowski STD benefits from March 31, 2013 to April 26, 2014.

24.     On, April 21, 2014, Bukowski started Intravenous Immunoglobulin (IVIG) Treatment.

25.     Bukowski remained disabled from performing the duties of his regular and customary occupation for the duration of the STD Plan benefit.

THE COUNTERS FIRM, P.C.
7201 W. BOSTON STREET
CHANDLER, AZ 55226 • (602) 490-0030

-3-

26.     Collectively, his physical issues rendered his unable to perform the material and substantial duties of his occupation for the period of time from March 28, 2014 through September 26, 2014.

27.     The Plan pays short-term disability benefits beginning five days after a continuous illness for a period of 180 days.

28.     Bukowski is entitled to 80% of his predisability earnings per month in short-term disability benefits from March 28, 2014 through September 26, 2014 under the terms of the Plan and Policy.

29.     Bukowski also had Paid Time Off (PTO) hours available which could be applied to his benefits. This would make him eligible for 100% of his predisability earnings per month in STD benefits from March 28, 2014 through September 26, 2014 under the terms of the Plan and Policy.  If Bukowski is entitled to 100% of his predisability earnings for the remaining five months of short-term disability benefits, he would be owed $40,416.67.

30.     At the time of Bukowski's disability, he was earning in excess of $97,000 annually.  Bukowski's STD benefits would be at least $6,466.67 per month for the five months of unpaid disability benefits in the amount of $32,333.35.

31.     Sedgwick initially denied Bukowski's claim on June 19, 2014. Bukowski submitted additional records and statements from his primary treating physician and counselors in support of his STD claim.

32.     Sedgwick issued its final denial of Bukowski's claim by letter dated June 19, 2015.

33.     Thereafter, Bukowski applied for and is receiving Long Term Disability ("LTD") benefits from the Standard Insurance Company.

34.     Bukowski provided proof of his disability of Autoimmune Autonomic Ganglionopathy (AAG), Mast Cell Activation Disorder (MCAD), Anaphylaxis, Comorbid Neurocardiogenic Syncope and Hypotension.  In addition, Bukowski provided proof of the impact his medical conditions have on his cognitive functioning.

THE COUNTERS FIRM, P.C.
7301 W. BOSTON STREET
CHANDLER, AZ 35226 • (602) 490-0010

35.     Bukowski provided Sedgwick with completed claim forms signed by his primary physician as well as psychological treatment records and counseling records in support of his claim.

36.     Sedgwick initially denied Bukowski's claim on June 19, 2014.

37.     Bukowski timely appealed Sedgwick's decision on December 16, 2014, at which time he submitted additional records and statements from his doctor and counselors.

38.     Sedgwick denied Bukowski's appeal on June 19, 2015.

39.     Bukowski continues to be totally disabled as defined by the Plan.

40.     Bukowski has been certified disabled by UHG's long-term disability carrier, Standard Insurance, and continues to receive monthly benefits for his disability.

## COUNT I
## BREACH OF CONTRACT
## UHG/SEDGWICK

41.     Bukowski incorporates and realleges all previous allegations.

42.     UHG had a contractual obligation to pay STD benefits to Bukowski.

43.     UHG relied on Sedgwick to perform its contractual obligations under the STD benefits.

44.     Sedgwick and UHG unreasonably denied Bukowski his STD benefits.

45.     Bukowski was disabled from his own occupation.

46.     UHG's denial was a breach of the contract.

47.     UHG owes Bukowski at least $32,333.35 and may be liable for $40,416.67, if Bukowski is entitled to 100% of his predisability earnings for the remaining five months of short term eligibility.

48.     This matter arises out of contract; therefore, Bukowski may recover his attorneys' fees and costs under A.R.S. § 12-341.01.

49.     Bukowski is entitled to prejudgment interest at the highest legal rate on the benefits to which he is entitled under A.R.S. § 20-462.

50.     Bukowski is entitled to a jury trial on this claim.

THE COUNTERS FIRM, P.C.
7301 W. BOSTON STREET
CHANDLER, AZ 85226 • (602) 490-0050

THE COUNTERS FIRM, P.C.
730 W. BOSTON STREET
CHANDLER, AZ 85226 • (602) 490-0010

## COUNT II
### UNPAID WAGES UNDER A.R.S. § 23-355
### (UHG)

51.     Bukowski incorporates and realleges all previous allegations.

52.     UHG is an employer under Arizona law and is subject to the wage laws of the State of Arizona.

53.     Bukowski was employed by UHG as that term is defined under Arizona law.

54.     The STD program is a payroll practice, not an ERISA benefit plan.

55.     UHG failed to pay wages due to Bukowski in violation of Arizona law of at least $32,333.35 and $40,416.67 if Bukowski is entitled to 100% of his predisability earnings for his short term disability benefits.

56.     UHG intentionally, willfully, and unreasonably denied Bukowski' STD payments.

57.     Bukowski suffered damages because of UHG's failure to pay his STD benefits.

58.     Bukowski is entitled to treble damages for his improperly withheld STD payments under A.R.S. § 23-355.

59.     Bukowski is entitled to a jury trial on this claim.

### COUNT III
### RECOVERY OF INSURANCE AND PLAN BENEFITS 29 USC § 1132

60.     Bukowski incorporates and realleges all previous allegations.

61.     This Count is alleged in the alternative to Counts I & II, in the event the Plan is governed by ERISA.

62.     The Summary Plan Description Plan contains some language purporting to grant UHG discretion and to give UHG the ability to delegate discretion to others; however, on information and belief, the purported delegation is invalid and Bukowski is entitled to de novo review.

63.   Bukowski became disabled on March 31, 2014 and remained unable to perform the duties of his regular occupation and is unable returned to work.

64.   Despite the coverage of Bukowski's short-term disability, Sedgwick denied STD benefits in breach of the Plan.  This breach was arbitrary, capricious, an abuse of discretion, not supported by substantial evidence and was clearly erroneous.

65.   UHG's arrangement with Sedgwick causes the Plan to operate under a conflict of interest.

66.   Bukowski has satisfied all of the jurisdictional prerequisites to filing a claim in federal court.

67.   Pursuant to the coverage provided in the Plan, to ERISA 29 U.S.C. § 1132(a)(1)(B), and to applicable federal and state common law, Bukowski is entitled to recover all benefits due under the terms of the Plan, and to enforce his rights under the terms of the Plan.

68.   Pursuant to 29 U.S.C. § 1132(g), Bukowski is entitled to recover his attorneys' fees and costs incurred herein from UHG and the Plan.

69.   Bukowski is entitled to prejudgment interest at the highest legal rate on the benefits to which he is entitled pursuant to A.R.S. § 20-462.

WHEREFORE, Bukowski prays for entry of judgment against Defendants as follows:

A.   For all past benefits due Bukowski under the terms of the Plan;

B.   For an award of Bukowski's attorneys' fees and costs incurred herein;

C.   For an award of prejudgment interest on benefits and damages at the highest legal rate until paid; and

D.   For such other and further relief as the Court deems just and reasonable.

THE COUNTERS FIRM, P.C.
7303 W BOSTON STREET
CHANDLER, AZ 55226 • (602) 990-0030

Dated this 28th day of March 2016.

SCHIFFMAN PUIG, P.C.
THE COUNTERS FIRM, P.C

By: _____

Lisa J. Counters
Alan Schiffman

Lisa Counters, 016436
THE COUNTERS FIRM, P.C.
7303 West Boston Street
Chandler, AZ 85226
(602) 490-0030 (Voice)
(888) 683-8397 (Fax)
Lisa@countersfirm.com

Alan M. Schiffman, 004257
SCHIFFMAN PUIG, P.C.
4506 North 12th Street
Phoenix, Arizona 85014
Phone: (602) 266-2667
Fax #: 602-266-0141
Alan@splaw.net

IN THE SUPERIOR COURT OF ARIZONA

COUNTY OF MARICOPA

CV 2016-091879

| | |
|---|---|
| Charles Bukowski, | |
|                                 Plaintiff, | No. |
| vs. | **CERTIFICATE OF COMPULSORY ARBITRATION** |
| UnitedHealth Group, a foreign corporation; UnitedHealth Group Short Term Disability Plan, and Sedgwick Claim Management Services, Inc., | |
|                                 Defendants. | |

The undersigned certifies that he knows the dollar limitations set forth by the local rules of practice for the applicable superior court, and further certifies that this case is not subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

1    Dated this 28th day of March 2016.

2                                SCHIFFMAN PUIG, P.C.
3                                THE COUNTERS FIRM, P.C

4
5                                By:
6                                    Alan M. Schiffman

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THE COUNTERS FIRM, P.C.
7303 W. BOSTON STREET
CHANDLER, AZ 85226 • (602) 490-0030

-2-

1   Lisa Counters, 016436
    THE COUNTERS FIRM, P.C.
2   7303 West Boston Street
    Chandler, AZ 85226
3   (602) 490-0030 (Voice)
    (888) 683-8397 (Fax)
4   Lisa@countersfirm.com

5   Alan M. Schiffman, 004257
6   SCHIFFMAN PUIG, P.C.
    4506 North 12th Street
7   Phoenix, Arizona   85014
    Phone: (602) 266-2667
8   Fax #:  602-266-0141
    Alan@splaw.net

9

10

11             IN THE SUPERIOR COURT OF ARIZONA

12                   COUNTY OF MARICOPA

13                                          CV 2016-091879

14   Charles Bukowski,

15                          Plaintiff,          No.

16   vs.                                 DEMAND FOR JURY TRIAL

17   UnitedHealth Group, a foreign
     corporation; UnitedHealth Group Short
     Term Disability Plan, and Sedgwick Claim
18   Management Services, Inc.,

19                          Defendants.

20        Plaintiff demands a jury trial of all issues in this matter pursuant to Rule 38(b) of

21   the Arizona Rules of Civil Procedure.

22        Dated this 28th day of March 2016.

23

24                      SCHIFFMAN PUIG, P.C.
                        THE COUNTERS FIRM, P.C
25

26
                     By: _____
27                      Alan M. Schiffman

28

# Exhibit C

1   Lindsay M. Schafer; AZ Bar No. 028845
    lschafer@littler.com
2   LITTLER MENDELSON, P.C.
    Camelback Esplanade
3   2425 East Camelback Road
    Suite 900
4   Phoenix, AZ  85016
    Telephone:   602.474.3600
5   Facsimile:   602.957.1801

6   Attorneys for Defendants

7

8                     SUPERIOR COURT OF THE STATE OF ARIZONA

9                              COUNTY OF MARICOPA

10

11  Charles Bukowski,                          Case No. CV2016-091879

12              Plaintiff,                      **NOTICE TO STATE COURT OF**
                                                **REMOVAL OF CIVIL ACTION**
13  v.                                          **TO FEDERAL COURT**

14  UnitedHealth Group, a foreign corporation; (Assigned to the Honorable Judge
    UnitedHealth Group Short Term Disability     David Udall)
15  Plan, and Sedgwick Claim Management
    Services, Inc.,
16
                Defendants.
17

18          To the Clerk of this Court, Plaintiff Charles Bukowski, and Plaintiff's attorneys of

19  record:

20          PLEASE TAKE NOTICE that on May 12th, 2016, Defendants removed this action

21  from this Court to the U.S. District Court for the District of Arizona.  A copy of the Notice of

22  Removal is attached as **Exhibit A**.

23          DATED this 12th day of May, 2016

24

25                                         /s/ Lindsay M. Schafer
                                           Lindsay M. Schafer
26                                         LITTLER MENDELSON, P.C.
                                           Attorneys for Defendants
27

28

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602 474 3600

1   ORIGINAL e-filed this_12th  day of
    May, 2016:
2

3   Hon. Judge David Udall

4   COPY mailed this same dated to:

5   Lisa Counters
    The Counters Firm, P.C.
6   7303 W. Boston Street
    Chandler, AZ 85226
7
    Alan M. Schiffman
8   Schiffman Puig, P.C.
    4506 N. 12th Street
9   Phoenix, AZ 85014
    Attorneys for Plaintiff
10

11  */s/ Ashleigh Machrol*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 500
Phoenix, AZ  85016
602 474 3600

-2-

# Exhibit D

1   Lindsay M. Schafer; AZ Bar No. 028845
    lschafer@littler.com
2   LITTLER MENDELSON, P.C.
    Camelback Esplanade
3   2425 East Camelback Road
    Suite 900
4   Phoenix, AZ  85016
    Telephone:   602.474.3600
5   Facsimile:   602.957.1801

6   Attorneys for Defendants

7

8                    SUPERIOR COURT OF THE STATE OF ARIZONA

9                            COUNTY OF MARICOPA

10

11  Charles Bukowski,                      Case No. CV2016-091879

12              Plaintiff,                  **NOTICE TO ADVERSE PARTY
                                            OF REMOVAL OF CIVIL
13  v.                                      ACTION TO FEDERAL COURT**

14  UnitedHealth Group, a foreign corporation;   (Assigned to the Honorable Judge
    UnitedHealth Group Short Term Disability       David Udall)
15  Plan, and Sedgwick Claim Management
    Services, Inc.,
16
                Defendants.
17

18  **TO:   CHARLES BUKOWSKI, AND HIS ATTORNEYS OF RECORD**

19          PLEASE TAKE NOTICE that on May 12th, 2016, Defendants filed a Notice of

20  Removal of Civil Action Under 28 U.S.C. §1441(a) with the Clerk of the United States

21  District Court for the District of Arizona.  A copy of the Notice of Removal is attached as

22  **Exhibit A**.

23          DATED this 12th day of May, 2016

24

25                                  */s/ Lindsay M. Schafer*
                                    Lindsay M. Schafer
26                                  LITTLER MENDELSON, P.C.
                                    Attorneys for Defendants
27

28

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602 474 3600

1   ORIGINAL e-filed this _12th_day of
    May, 2016:

2

3   Hon. Judge David Udall

4   COPY mailed this same dated to:

5   Lisa Counters
    The Counters Firm, P.C.

6   7303 W. Boston Street
    Chandler, AZ 85226

7
    Alan M. Schiffman

8   Schiffman Puig, P.C.
    4506 N. 12th Street

9   Phoenix, AZ 85014
    Attorneys for Plaintiff

10

11  */s/ Ashleigh Machrol*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 500
Phoenix, AZ 85016
602 474 3600

-2-