# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles Bukowski,<br><br>    Plaintiff,<br><br>v.<br><br>UnitedHealth Group, a foreign corporation, et al.,<br><br>    Defendants. | NO. CV16-01468-PHX DGC<br><br>**ORDER GRANTING STIPULATED MOTION TO REMAND** |

Pursuant to the parties' Stipulated Motion to Remand. Doc. 22.

**IT IS ORDERED** that the stipulated motion to remand (Doc. 22) is **granted.** The Clerk is directed to remand this case to the Maricopa County Superior Court.

Dated this 26th day of August, 2016.

_____
David G. Campbell
United States District Judge